Samidh Guha
Estela Díaz
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1000
(212) 872-1002
sguha@akingump.com
ediaz@akingump.com

*Attorneys for Starbucks Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARI SMITH,<br><br>              Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>              Defendant. | Civ. Action No. 13-CV-02732 (DLI)(JMA)<br><br>**RULE 7.1 STATEMENT OF STARBUCKS CORPORATION** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Starbucks Corporation ("Starbucks") certifies that there is no parent corporation or publicly held corporation or company that owns 10% or more of the stock in Starbucks.

Dated:  New York, New York
         June 4, 2013

                              AKIN GUMP STRAUSS HAUER & FELD LLP


                              By:   /s/ Estela Díaz
                                    Estela Díaz

                              *Attorneys for Starbucks Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 4, 2013, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of Rule 7.1 Statement of Starbucks Corporation on plaintiff's counsel:

Douglas H. Wigdor
David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Email: dwigdor@thompsonwigdor.com
        dgottlieb@twglaw.com

Dated:   June 4, 2013
          New York, New York


                                     /s/ Estela Díaz
                                  Estela Díaz