Samidh Guha
Estela Díaz
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1000
(212) 872-1002
sguha@akingump.com
ediaz@akingump.com

*Attorneys for Starbucks Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARI SMITH,<br><br>              Plaintiff,<br><br>       v.<br><br>STARBUCKS CORPORATION,<br><br>              Defendant. | Civ. Action No. 13-CV-02732 (DLI)(JMA)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel in this case for defendant Starbucks Corporation.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        June 4, 2013

                                         AKIN GUMP STRAUSS HAUER & FELD LLP


                                   By:   /s/ Estela Díaz
                                         Estela Díaz

                                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 4, 2013, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the Notice of Appearance on plaintiff's counsel:

Douglas H. Wigdor
David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Email: dwigdor@thompsonwigdor.com
       dgottlieb@twglaw.com

Dated:  June 4, 2013
       New York, New York

                                                                   /s/ Estela Díaz
                                                                 Estela Díaz