Samidh Guha
Estela Díaz
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1000
(212) 872-1002
sguha@akingump.com
ediaz@akingump.com

*Attorneys for Starbucks Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARI SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>            Defendant. | Civ. Action No. 13-CV-02732 (DLI)(JMA)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel in this case for defendant Starbucks Corporation.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
            June 4, 2013

　　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP


　　　　　　　　　　　　　　　　　　　By:   /s/ Samidh Guha
　　　　　　　　　　　　　　　　　　　　　   Samidh Guha

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 4, 2013, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the Notice of Appearance on plaintiff's counsel:

Douglas H. Wigdor
David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Email: dwigdor@thompsonwigdor.com
        dgottlieb@twglaw.com

Dated:  June 4, 2013
        New York, New York

                                        /s/ Estela Díaz
                                    Estela Díaz